UNITED STATES of America,
Plaintiff–Appellee

v.

Brandon Christopher JOHNSON,
Defendant–Appellant.

No. 10–10002
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 26, 2010.

Susan Cowger, Hector Miguel Valle, Esq., Assistants U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Kimberly S. Keller, Keller Law Firm, San Antonio, TX, for Defendant–Appellant.

Before SMITH, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Brandon Christopher Johnson has moved

---

for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Johnson has filed a response. Our independent review of the record, counsel's brief, and Johnson's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.